UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA SEALS,<br><br>       Plaintiff,<br><br>-against-<br><br>US STATE DEPPARTMENT: PASSPORTS,<br><br>       Defendant. | 24-cv-8093(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 30, 2024, order, this action is dismissed without prejudice for Plaintiff's failure to comply with court's October 1, 2014 order in *Seals*, 1:14-CV-6080.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 8, 2024
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge